UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SONY BMG MUSIC ENTERTAINMENT, et al.,

                Plaintiffs,

-against-

ALANNA SHEEHY,

                Defendant.
-----------------------------------------------------------------X

VACATUR OF JUDGMENT
05-CV- 0475 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 17 200_ ★
TIME A.M. _____ P.M. _____

An Order of Honorable Robert M. Levy, United States Magistrate Judge, having been filed on May 4, 2005, directing the Clerk of Court, with consent of the parties, to vacate the default entered against defendant, Alanna Sheehy on April 20, 2005, due to defendant filing an answer on April 22, 2005; it is

ORDERED and ADJUDGED that the default entered on April 20, 2005, against defendant, Alanna Sheehy is hereby vacated.

Dated: Brooklyn, New York
       May 06, 2005

                                            ROBERT C. HEINEMANN
                                            Clerk of Court